Name: Ms. Kimberly Shay Crossley
740 E. Warm Springs Rd.
Apt #116 Henderson, NV 89015-6341
(702) 413-9655
Home Number

FILED
ENTERED
AUG - 4 2005
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: M-5 DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Kimberly Shay Crossley (MOTHER)
Dean Tremaine Ewvmi (Minor Son),
Plaintiff,

vs.

Clark County School District And The Clark County Juvenile Justice System,

Defendant(s).

RLH

CV-S-05-0526-PMP-PAL

**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

"JURY TRIAL DEMANDED"

## A. JURISDICTION

1) This complaint alleges that the civil rights of Plaintiff, **Kimberly Shay Crossley** (Print Plaintiff's name) who presently resides at **740 E. Warm Springs Rd. Apt #116 Henderson, NV 89015**, were violated by the actions of the below named individuals which were directed against Plaintiff at **C.T. Sewell Elementary School Henderson, NV 89015** (institution/city where violation occurred) on the following dates **Clark County Juvenile System, Las Vegas, NV**

**Denying Child of A Field trip** (Count I), **Repeatedly disciplining child during February 2004 Resulting in a 3-day Suspension on March 2, 2004 Count II** (Count II), and **Denying Child's Request for A transfer from C.T. Sewell Elementary his home school to Robert Taylor Elementary on March 4, 2004 Count III** (Count III).

Discussed the child's incident between my son and his physical Education teacher, who allegedly grabbed my child and left a mark on his arm.

**Count IIII 4**

On January 23, 2007, a teacher disciplined my child by telling him to "get his big fat black face" in the corner. Count IIII 5

Make a copy of this page to provide the below information if you are naming more than five (5) defendants

2) Defendant **Denise Murray** resides at **700 E Lake Mead Dr. Henderson NV 89015**
   (full name of first defendant) (address if first defendant)
   and is employed as **School Principal**. This defendant is sued in his/her
   (defendant's position and title, if any)
   ✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting under color of law: **As the perpetrator, Abusive Authority for a School Principal And denied my son of a proper Education**

3) Defendant **Kelly Ann Epperson** resides at **1054 Noble Isle Street, Henderson NV 89015**
   (full name of first defendant) (address if first defendant)
   and is employed as **Math Teacher 5th grade**. This defendant is sued in his/her
   (defendant's position and title, if any)
   ✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting under color of law: **Physically and mentally abused my son, Harassed my son and denied him of his rights.**

4) Defendant **Laura Marie Rizzuto** resides at **1532 Knoll Heights Court, N. Las Vegas, NV 89032**
   (full name of first defendant) (address if first defendant)
   and is employed as **Writing Teacher 5th grade**. This defendant is sued in his/her
   (defendant's position and title, if any)
   ✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting under color of law: **Mentally abused my son, Harassed my son with Authority Intimidation and denied him of his rights. In the Classroom with denied access to books**

5) Defendant **Larry S. Kingsley** resides at **2375 Thayer, Henderson NV 89014**
   (full name of first defendant) (address if first defendant)
   and is employed as **P.E. Teacher 5th grade**. This defendant is sued in his/her
   (defendant's position and title, if any)
   ✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting under color of law: **Physically and mentally Abused my son with cruelty to a minor.**

2) Defendant [illegible] Reading Teacher 3rd grade [address] Henderson, NV. 89015

v. Individual ✓ Official Capacity

Under color of law — Denied my son of a field trip on February 23, 2004.

6) Defendant **Ms. Hobbs** resides at **700 E. Lake Mead Dr., Henderson, NV 89015**
 (full name of first defendant)        (address if first defendant)

and is employed as **2nd Grade Teacher**. This defendant is sued in his/her
 (defendant's position and title, if any)

✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: Used A Racial Slur towards my Son In front of a group of 2nd second graders In the classroom.

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

Defendant, B.N.S. #183 Title CCS DPD — School Police Booking Officer — The Clark County School District

✓ Individual ✓ Official Capacity

Under color of law: Handcuffed my son behind his back for hours and threatened to pepper-spray my son In his face. Cruelty to a minor.

**B. NATURE OF THE CASE**

1) Briefly state the background of your case.

The Clark County School District of the C.T. Sewell Elementary School Located at 700 E. Lake Mead Dr. Henderson, NV. 89015, retaliated against my son by having him arrested by the police for the March 24, 2004 Incident by throwing my son into the juvenile system with use of malice tactics because I had filed an earlier discrimination complaint with the U.S. Department of Education, Office of Civil Rights And A Parent Complaint form with the Clark County School District earlier. And I also Reported the unfairness and Injustice And Lack of Equal Education to the NAACP Head Quarters In Baltimore, Maryland.

**C. CAUSE OF ACTION**

And, Treated differently than the other children because of his race and color of skin.

**COUNT I**

The following civil rights has been violated: _Denied Child of a School Field Trip on February 23, 2004_

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Ms. Linda Rosenburg denied my son Deon Tremane Gwin of a School Field Trip on February 23, 2004. The denied Field Trip to the Silver Bowl Stadium for the Festival of Cultural of Arts was devastating to my son. It especially meant alot to him at that time because he was so excited to be going and given written consent by his mother, Kimberly Shay Crosske (1) two weeks in advance and his Field Trip was paid for (2) two weeks in advance. Not to mention, my son is an inspiring professional artist. He has been drawing ever since he was in kindergarten. So, of course this particular Field Trip meant alot to him. The denied Field Trip was very very devastating to my 11 eleven year old Son

4

**COUNT II**

The following civil rights has been violated: _Repeatedly disciplining my son during February 2004 Resulting in a 3 Day Suspension on March 2, 2004_

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Ms. Denise Murray, School Principal Continually Suspended my Son, (PO) Required Parent Conference all the time, My Son was always Out of School all the time, more than he was in School, and without a Major Holiday. These types of Injustices caused and Resulted my Son of not getting a proper education. My Child grades were failing and dropping lower because each time he would try and get caught up or stay caught up with his home work assignments or classwork. This School Principal would always kick my Son out of School almost (3) three times a week. My Son would be lucky if he had gotten a chance to go to School and attend School almost (5) Five days per week, with No Interruption or Harassment or Intimidation, or Ridicule by the Staff.

## COUNT III

The following civil rights has been violated: Denying Child's Request for a Transfer from G.T. Sewell Elementary School to Robert Taylor Elementary School on March 4, 2004

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Dr. Dobry of Robert Taylor Elementary School denied my son, Deon Tremaine Gwim, The Right to attend Her School on March 4, 2004. Calling my Home that late Evening when my mother, Annette Crossley, answered the telephone while I was at work. Dr. Dobry told my mother. That She Cannot accept Deon Gwinn into her School. The Grandmother, Annette Crossley asked why. Dr. Dobry Replied that it was because of the Concern for my Child's Safety on the City Bus by himself, even though the new School is only just one mile up the street. The Grandmother, Annette Crossley asked Dr. Dobry Are you Sure that G.T. Sewell Elementary School didn't have anything to do with the Influence of your decision? Dr. Dobry Replied NO. My own mother, Annette Crossley feels as though the two School Principal Obviously Collaborated Together To Block the Transfer.

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action? ___ Yes ✓ No. If your answer is "Yes", describe each lawsuit. (If more than one, describe the others on an additional page following the below

6

outline).

a) Defendants: _____
b) Name of court and docket number: _____
c) Disposition (for example, was the case dismissed, appealed or is it still pending?): _____
d) Issues raised: _____
_____
_____
e) Approximate date it was filed: _____
f) Approximate date of disposition: _____

2) Have you filed an action in federal court that was **dismissed because it was determined to** N/A **be frivolous, malicious, or failed to state a claim upon which relief could be granted?**
____ Yes __✓__ No. If your answer is "Yes", describe each lawsuit. (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____
b) Name of court and case number: _____
c) The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.
d) Issues raised: _____
_____
e) Approximate date it was filed: _____
f) Approximate date of disposition: _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____
b) Name of court and case number: _____

7

c) The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.

d) Issues raised: _____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a) Defendants: _____

b) Name of court and case number: _____

c) The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.

d) Issues raised: _____

e) Approximate date it was filed: _____

f) Approximate date of disposition: _____

3) Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? ✓ Yes ___ No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) ___ disciplinary hearing; (2) ___ state or federal court decision; (3) ___ state or federal law or regulation; (4) ___ parole board decision; or (5) ___ other _____

If your answer is "Yes", provide the following information. Grievance Number *1004 1072*

Date and institution where grievance was filed *FEBRUARY 20, 2004, OCTOBER 19, 2004, Grievance Number 1004 1201, Filed By The United States Department Of Education Office For Civil Rights*

Response to grievance: *February 20, 2004, I Received An Acknowledgement Official Letter head Letter, Stating that they are currently Reviewing The Information Contained In My Complaint*

8

7/20/05
Ms. Kimberly S. Hay Crossley
740 E. Warm Springs Rd.
Apt #116
Henderson, NV. 89015

United States
District Court of
Nevada.

Dear; The Honorable
Judge Appointed,

I, Kimberly S. Hay Crossley would like to request for a motion for permission to leave the court. The fact that I have additional pages added to my formal 1983 Civil Rights Complaint. Your Honor I have tirelessly and relentlessly tried to get some sort of relief from these Defendants. I have properly filed my complaints on time. I apologize for the additional pages. I ask that you please accept my formal complaint. Thank you for your cooperation.

Sincerely,
Ms. Kimberly Hay Crossley

ADDITIONAL CLAIMS

Count 4 IIII
Disciplining Child on March 18, 2002
for an incident between my son
and his Physical Education teacher
who allegedly grabbed my child
and left a mark on his arm.

Mr. Larry S. Kingsley, physically
grabbed my son by his left arm
and leaving finger prints into his
skin. Child came home and
told me as the mother. I
Immediately contacted C.T. Sewell
Elementary School and spoke with
the Principal, Denise Murray. She
asked the name of the teacher and
when did it happen and where did
it happen. I gave her the efficient
information that she needed. And
she said that she would have a talk
with Mr. Kingsley first thing, the
very next morning.

Count 5.

On January 23, 2004, A teacher disciplined my child by telling him to "get his big fat black face" in the corner.

Ms. Hobbs, a 2nd grade teacher In which Coach Rose had taken my son into this particular classroom claiming that he could not find/locate my sons 5th grade teacher. Due to an alleged incident between my son and another child, whereas the 2nd grade teacher, Ms. Hobbs. Use a Racial Slur towards my son and told him to "get his Big fat black face over into the corner. My son came home and told me as the mother about Ms. Hobbs. I immediately Reported in incident to the Assistant School Superintendent, Dr. Carolyn Reedom. She arranged a meeting for me to meet with the alleged teacher Ms. Hobbs. Which I did, Ms. Hobbs denied her actions. However she apologize to my son with a Hug.

Count 6. He was given failing grades, BIAS In grading.

G. 7. Sewell Elementary 5th grade Teachers assigned to my child would always send home a Progress Report every (2) two weeks. Whereas my child's grades would go from a "B" to A "D" in just (5) days apart. There was a clear indication of Incompetency, Lack of proper Training, and Questionable professionalism, Possible Lack of Certification to teach In the first place. I did request for proof of Credentials on papers by the Assistant Superintendent, DR. Carolyn Reedom. Unfortunately I never Could see proof of their Credentials. In Question?, Still

Continues

<u>He was given failing grades</u>
Count 6 /////

<u>He was disciplined in an isolation room without my parental permission</u>
Count 7 ///////

<u>My son Deon Ewumi, was involved In play Ground Scuffle from playing Basketball with another youngster In His class... THE STAFF'S RAN out To Recreation YARD with Incompetency, Inefficiency And Inexcusable Negligence Of their Duty by performing ABUSE OF Authority toward my Son.. on MARCH 24, 2004</u>
Count 8 ///////

<u>My son Taken In Handcuffed From Behind His Back For Hours by Henderson Police Department And were Threatened by Female P.D. That she will pepper spray my Child if he trys to get out of the handcuffs</u>
Count 9 ////////

Continues

While my Son was In Custody, my Son was <u>Stripped Searched</u>, Without parent presents. And <u>Also finger printed In A unlawful manner.</u>

Count 10 //////////

C.T. Sewell Elementary School Unfairly (KPC) Required Parent Conference, Suspended my child for 3 three Days with a notice And at the same Time had my Son arrested, All on the Same <u>Exact Date of March 24, 2004</u>

Count 11 //////////

The C.T. Sewell Elementary School Abused their Authority by choosing to just have my Son arrested And Calling the police on my Son. Instead of Choosing the proper professional Way of Just Contacting the mother And Grandmother to just come by the <u>School and picked up my Son In the first place</u>

Count 12 //////////

<u>Continues</u>

9) Defendant, THE Clark County Juvenile System   601 N. Pecos Rd, Las Vegas, NV.

<u>The Strip-Searcher And Finger printer</u>

✓ Individual  ✓ Offical Capacity

Under Color of Law: Unlawfully And Illegally Stripped Searched a minor And Finger printed my Son without my presents Under the Law.

10) Defendant. Terry Treehill, THE Clark County Juvenile System 601 N. Pecos Rd, Las Vegas, NV.   probation officer

✓ Individual  ✓ Offical Capacity

Under Color of Law: Denied a copy of a police Report on the alleged day of the March 24, 2004 incident, with use of malice tactics. Giving The Juvenile System Ample amount of time to manufacture a Story or a theory without facts before an official police Report was given to me, on march 24, 2004. I Reported the Clark County Juvenile System misconduct to my U.S. Congressman Jon C. Porter as a constituent. In his office.

11. <u>Defendant</u> DR. Dobry, School Principal, Robert Taylor Elementary, resides at 400 McNeil Dr. Henderson, NV 89015
✓ Individual ✓ <u>Official Capacity</u>
Under Color of Law: Wrongfully denied my Son, Dean Tre'mane Eluimi, the Right under Law to attend Robert Taylor Elementary under a Zone Variance Request Form of a Transfer.

12. <u>Defendant</u> Dave Demarco, Detention Manager of The Clark County Juvenile, located at 601 N. Pecos Rd. Las Vegas, NV 89101
✓ Individual ✓ Official Capacity
Under Color of Law: Spoke with The Detention Manager during The month of April–May of 2004. Just briefly over the telephone to ask the names of the individual Juvenile County Employees who unlawfully Strip Searched my Child and fingerprinted my Child. All without my present. In a Child molested manner.

12. Continues By Defendant Dave DeMarco, Detention Manager. Dave DeMarco had Refused to give me the names of His Strip Searchers and Fingerprinters. He told me that he cannot give me those names. I then asked if Dave DeMarco could send me a Complaint Form. He told me that he does not have any Complaint Forms to give me, because I wanted to file a Formal Complaint of how my Child, Deon Trehmane Etyymi was illegally and unproperly Handled. By His Juvenile Staff Employees.

13. Defendant Carlos Arturo Garcia, Superintendent, 2832 E. Flamingo Rd. Las Vegas, NV. 89121 of The Clark County School District

On August 26, 2004. The Superintendent Carlos Arturo Garcia was sent a VIA First Class & Certified Mail Return Receipt Requested. By The Law Office Of Dempsey, Roberts & Smith, LTD Of 520 South Fourth Street, Suite 360

13. Continues, Las Vegas, NV. 89101.
A Legal Form Letter was addressed on my Behalf. Asking a Demand is hereby made upon me for the sum of $50,000.00 as Restitution for the mental and physical damages resulting from the deprivation of my son, Deon Civil Rights. Payment should be made within thirty (30) days of the date of the Letter directly to me Kimberly Crossley at the address shown below.
Carlos Arturo Garcia, Superintendent Failed to Comply.

14. Defendant; Board of School Trustees of The Clark County located at 2832 E. Flamingo, Las Vegas, NV. 89121.
On September 15, 2004, A (2) two page Letter was faxed over to All Board members by the office staff on my behalf. Asking That The Elected Board members, immediately Remove The Following Employees of G.T. Sewell Elementary School, Those names were

Continues
19. Stated, As Follows: Demse Murray, Mrs. Kell, Ann Epperson, Laura Marie Rizzuto, Mr. Solomon, Mr. Larry Kingsley, Linda Rodenburg, Ms. Sylvia the office manager of C.T. Sewell, And Heather, the other office clerk at C.T. Sewell, who participated in the whole Conspiracy of Retaliating against My Child, Right after I had filed a formal Complaint months In advance against them All. With The Clark County School District And the U.S. Department of Education.